IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REHABILITATION AND OCCUPATIONAL
MEDICINE LLC,

    Plaintiff,

vs.                                                  Civ. No. 00-1327 WJ/WWD

ALPHA BIOMEDICAL, INC., a/k/a
ALPHA MEDICAL SERVICES and
JOSE SAMANEZ, individually and d/b/a
ALPHA MEDICAL SERVICES,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion to Deem Requests for Admission Admitted [docket no. 60-1] filed June 19, 2002. Defendant has not filed a response to the motion.

**WHEREFORE,**

**IT IS ORDERED** that the twenty-four requests for admissions served on Defendant by mail on January 28, 2002, be, and they are hereby deemed admitted.

_____
UNITED STATES MAGISTRATE JUDGE